In The United States District Court
for the District of Missouri
Western

| | |
|---|---|
| Joseph A. Camp, | ) |
| -plaintiff | ) Application to Proceed |
| | ) Without Prepayment of Fees |
| -v- | ) and Affidavit by a Prisoner |
| | ) 11-0847-CV-W-DW-p |
| The University of Central | ) Case Number: _____ |
| Missouri | ) |
| -defendant | ) |

I Joseph A. Camp, declare that I am the Petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC sc. 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the Complaint.

In Support of this application I answer the follwowing questions under penalty of perjury:

1.) I am currently incarcerated:
   a. At CCA Leavenworth Detention Center
   b. I am not employed at CCA Leavenworth Detention
   c. I recieve no payment from CCA LEavenworth Detention
   d. Attached herewith is a prison authorization

I have no cash or checking accounts.
I do not own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or any other thing of value.

I declare under penalty of perjury that the above is true and correct

Signed at: Leavenworth Detention Center
           100 Highway Terracve
           Leavenworth, Kansas 66048

Sign this 20 day of July 2011.

_____
Joseph A. Camp: 18474-055

Sworn to before me this
20th day of July 2011.

_____
Notary Public, State of Kansas

JACQUELINE G. FARR
Notary Public - State of Kansas
My Appt. Expires 03/16/2014

Joseph A. Camp: 18474-055
CCA Leavenworth Detention
100 Highway Terrace
Leavenworth, Kansas 66048

In The United States District Court
For The Western District of Missouri

| | | |
|---|---|---|
| Joseph A. Camp | ) | |
| -plaintiff | ) | Request to Proceed |
| | ) | In Forma Pauperis |
| -v- | ) | |
| | ) | Case Number: _____ |
| The University of Central | ) | |
| Missouri, | ) | |
| -defendant | ) | |

Please take notice that upon the declaration of Joseph A. Camp sworn to, on the 20 day of July, 2011, a motion will be made at a term of this Court for an Order permitting Plaintiff to pursue this action as a poor person and upon the ground that said Plaintiff has insufficient income and property to enable him to pay the costs and expenses to pursue said.

Signed this 20 day of July, 2011.

_____
Joseph A. Camp: 18474-055
CCA Leavenworth Detention
100 Highway Terrace
Leavenworth, Kansas 66048

Sworn to before me this
20th day of July 2011.

_____
Notary Public, State of Kansas

JACQUELINE G. FARR
Notary Public - State of Kansas
My Appt. Expires 02/16/2011

In The United States District Court
For The Western District of Missouri

| | |
|---|---|
| Joseph A. Camp,<br>   -plaintiff<br><br>-v-<br><br>The University of Central<br>Missouri,<br>   -defendant | Affidavit in Support of<br>Motion to Proceed In Forma<br>Pauperis<br><br>Case Number: _____ |

Joseph A. Camp, being duly sworn, deposes and says:

1) I am the Plaintiff in the above captioned case and I make this application / affidavit in support of my attached motion to proceed In Forma Pauperis.

2) I am presently in the custody of the United States Marshals, at CCA Leavenworth Detention Center, 100 Highway Terrace, Leavenworth, Kansas 66048. I have been here since January 6th 2011.

3) I am unable to, because of my indigence pay the costs, fees, and expenses necessary to prosecute this complaint, I am currently incarcerated and do not have the income - including prison pay- and I own no property. No other person has a benificial interest in the outcome of this complaint.

4) MY criminal matter is being handled by a public defender.

5) I believe in good faith that I am entitled to the relief that I am asking in this case.

WHEREFORE, I respectfully ask for an Order permitting me to prosecute this civil complaint as a poor person, that I be furnished a copy of the transcripts of these proceedings, that I be assigned an attorney (see application for assignment of council), to assist me with this complaint and represent my interest in said. And for further relief that this Court deems just and equitable.

_____
Joseph A. Camp: 18474-055

Sworn to before me this
20th day of July 2011.

_____
Notary Public, State of Kansas

JACQUELINE G. FARR
Notary Public - State of Kansas
My Appt. Expires 03/16/201_

## Prisoner Authorization

I, Joseph A. Camp #18474-055, request and Authorize the agency holding me in custody to send to the Clerk of the Court, for the United States District Court, for the Western District of Missouri Kansas City, Missouri, a Certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by the Court, to deduct those amounts from my prison trust fund account (or facility equivalent), and disburse those amounts to the United STates District Court for the Western District of Missouri, Kansas City Missouri.

This Authorization shall apply to any agency into whose custody I may be transfered.

I understand that by signing this notice and returning it to the Court, the entire fileing fee will be paid in installments, _____.\_\_\_, by automatic deductions from my prison trust fund account, even in my case is dismissed.

Signed this 20 Day of July 2011.

Sworn to before me this
20th day of July, 2011.

_____
Notary Public, State of Kansas

_____
Joseph A. Camp: 18474-055
CCA Leavenworth Detention
100 Highway Terrace
Leavenworth, Kansas 66048

JACQUELINE G. FARR
Notary Public - State of Kansas
My Appt. Expires 02/16/2014

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

Joseph A. Camp )
Plaintiff )
) 11-0847-CV-W-DW-P
v. ) Case No. _____
)
The University of Central Missouri )
Defendant(s) )

## AFFIDAVIT IN SUPPORT OF REQUEST TO
## PROCEED *IN FORMA PAUPERIS* -- PRISONER CASES

I, Joseph Camp, declare (1) that I am the Plaintiff in this case; (2) that in support of my motion to proceed without being required to **prepay** fees or costs, I state that because of my poverty, I am unable to pay the costs of this proceeding; and (3) that I believe I am entitled to relief. **(Note: Prisoners eventually must pay the full filing fee of $350.00 in civil rights cases even if they are granted leave to proceed in forma pauperis and even if this case is dismissed either during the initial screening process or at a later time by the Court.** See 28 U.S.C. § 1915 (e)(2) and In re Tyler, 110 F.3d 528, 529-30 (8th Cir. 1997)(under Prison Litigation Reform Act, prisoners are responsible for filing fees the moment a civil action is filed). See instructions provided with this packet.

1. Place of confinement of plaintiff: Leavenworth Detention Center

2. Crime(s) for which you have been convicted, date and sentence on each:
   No convictions, pretrial detainee

3. Are you presently employed?     Yes ___    No X

   a. If the answer is "Yes," state the amount of your salary or wages per month, and give the name and address of your employer.
      
      n/a

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
      
      mid 2009, 7.25/hour ($200 month)

1

4. Have you received, within the past twelve (12) months, money from any of the following sources?

|  | Yes | No |
|---|---|---|
| Business, profession of form of self-employment? |  | ✓ |
| Rent payments, interest or dividends? |  | ✓ |
| Pensions, annuities or life insurance payments? |  | ✓ |
| Gifts or inheritances? |  | ✓ |
| Any other sources? |  | ✓ |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

N/A

5. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts during the last six (6) months.) Yes ___ No ✓

If the answer is "Yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

N/A

6. Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓

If the answer is "yes," describe the property and state its approximate value.

N/A

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

2

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN DISMISSAL OF THE CASE, SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this __17__ day of __August__, 20 __11__.

_____
(Signature of Plaintiff)

===========================================================

Authorization for Release of Institutional Account Information and
Payment of the Filing Fee

I, __Joseph Camp__                __18474-055__
   (Name of Plaintiff)            (Register Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals, to determine my eligibility to proceed *in forma pauperis*. 28 U.S.C. § 1915. The Clerk of Court may obtain my account information from the past six months and in the future until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of the Court, in accord with 28 U.S.C. § 1915.

Executed (signed) this __17__ day of __August__, 20 __11__.

_____
(Signature of Plaintiff)

3